UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, on behalf of himself and all
other persons similarly situated,

Plaintiff,

-against-

ATLANTIC THEATER CO.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12/2/2019_

19 Civ. 9205 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 7, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by November 27, 2019. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **December 3, 2019**.

SO ORDERED.

Dated: December 2, 2019
New York, New York

**ANALISA TORRES**
United States District Judge