```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

ATLANTIC THEATER CO.,

    Defendant.

Case No. 1: 19-cv-09205-AT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 8, 2020

By: _____
Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 E. 18 St., Suite PHR
New York, NY 10003
nyjg@aol.com
*Attorney for Plaintiff*

By: _____
Timothy J. Straub, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
timothy.straub@dentons.com
*Attorney for Defendant*

SO ORDERED.

Dated: April 8, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge